# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICOLE BECK AND MARK ANTHONY
RUCKER, JR.

NO.   2025 CW 0420

**JULY 28, 2025**

---

In Re:   Mark Anthony Rucker, Jr., applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. NS210359.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT